tion for two and one-half years with the first year to be spent in the county jail. If such probation were warranted in the first instance, the offense or violation committed by him while in jail but on furlough, is not sufficient for the imposition of a 3—5 year sentence in the penitentiary. We therefore reduce the sentence to 1—5 years for that reason only.

Judgment affirmed as modified.

SEIDENFELD, P. J., and MORAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WILLIAM C. REINBOLD, Defendant-Appellant.

(No. 71-200;

Second District—April 5, 1972.

Ralph Ruebner, of Defender Project, of Elgin, and Kenneth L. Gillis, of Chicago, for appellant.

William R. Ketcham, State's Attorney, of Geneva, for the People.